IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cr-30047-DWD |
| ) | |
| FULTON LEE GULLY, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

**DUGAN, District Judge:**

On September 7, 2022, this Court entered a preliminary order of forfeiture (Doc. 41) against Defendant Fulton Lee Gully for the following property:

**One Remington 870 Wingmaster 12-gauge shotgun bearing serial number V296037V, and any and all ammunition contained therein.**

The order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The United States has provided a sworn declaration that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days, beginning on October 14, 2022, and ending on November 12, 2022 (Doc. 60-1). No third party filed a petition within 30 days after the last date of the publication to allege an interest in the property pursuant to 21 U.S.C. § 853(n).

Consequently, the Court hereby **FINDS**, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has clear title to the

1

above-described property that is subject of the order of forfeiture (Doc. 41) filed on September 7, 2022, namely:

> **One Remington 870 Wingmaster 12-gauge shotgun bearing serial number V296037V, and any and all ammunition contained therein.**

The United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives shall dispose of the forfeited property according to law.

**SO ORDERED.**

Dated: April 3, 2023

/s/ David W. Dugan
DAVID W. DUGAN
United States District Judge